dismiss appeal granted unless the appellant procure the appellant's points to be filed on or before January 31, 1928, with notice of argument for February 15, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of JOSEPH RAHO, Deceased.— Preference granted for February 7, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BESSIE B. GREEN and Others, as Executors, etc., of WILLIAM GREEN, Deceased, v. TITLE GUARANTEE AND TRUST COMPANY.— Preference granted for February 15, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of WALTER LANG, Deceased.— Preference granted for January 31, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL SULTAN v. JULIUS CORN.— Preference granted for February 14, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL SULTAN v. JULIUS CORN.— Preference granted for February 17, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BROWN'S AUTO AUCTION SALES COMPANY, INC., Respondent, v. LILY BRAUNSTEIN, Individually and as Administratrix, etc., of JACOB BRAUNSTEIN, Deceased, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.; Merrell, J., dissents on the ground that no cause was shown for reformation of the release, and that the decision was against the weight of the evidence.

HARRY J. HOROWITZ, Appellant, v. RAY HOROWITZ, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Application under the Arbitration Law of FREDERICK SNARE CORPORATION, Respondent, v. FLEER BROS., INC., Appellant, for an Order Directing that an Arbitration Proceed in the Manner Provided for in a Certain Contract, etc. — Order affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

HENRY P. RUSSELL and Others, Copartners, etc., Respondents, v. ELECTRICE CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JOSEPH LIEBOWITZ, Appellant, v. ANDREWS LEAD CO., INC., and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ALICE HUNT, Respondent, v. ROSE L. DEMPSEY, as Administratrix, etc., of JOHN J. DEMPSEY, Deceased, Appellant. (Action No. 1.) — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ALICE HUNT, Respondent, v. THE NEW YORK SAVINGS BANK, Defendant, Respondent, and ROSE L. DEMPSEY, as Administratrix, etc., of JOHN J. DEMPSEY, Deceased, Appellant. (Action No. 2.) — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MARGUERITE D. EARLY, Respondent, v. ROSE L. DEMPSEY, as Administratrix, etc., of JOHN J. DEMPSEY, Deceased, Appellant. (Action No. 3.) — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

EDWILL CONTRACTING CO., INC., Appellant, v. THE COCA COLA BOTTLING COMPANY OF NEW YORK, INC., Respondent.— Judgment affirmed, with costs.